IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SADELL EDWARD CONRAD,

Defendant.

No. CR 10-00207 WHA

**ORDER FINDING EXCUSABLE NEGLECT**

Our court of appeals remanded this case "for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect" (Dkt. No. 27). On October 31, 2011, an order issued requesting a response from defendant Sadell Edward Conrad by November 21, 2011 (Dkt. No. 28). Defendant timely responded.

Defendant states that the order from which he filed an untimely notice of appeal was unintentionally forwarded to another inmate. Although the certificate of service attached to the order provides the correct address for serving defendant, the Court is willing to entertain the possibility that the envelope in which the order was mailed could have been mistakenly addressed to another inmate. Defendant's response indicates that he eventually received the order — it is not clear how he received it — but was then confused by receiving mail that he believed was intended for another inmate.

In light of the possibility that the order from which defendant filed an untimely notice of appeal was mailed to another inmate, not defendant, this order accordingly requests that the time for filing defendant's notice of appeal be extended based on his showing of excusable neglect. Because this case was remanded solely for the purpose of making a finding as to excusable neglect no new judgment will be entered, and proceedings should resume in the court of appeals.

**IT IS SO ORDERED.**

Dated: November 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE